UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                          )
HOWARD DAVIDSON,                            )
                                                          )
            Plaintiff,                                 )
                                                          )
                        v.                               )          Civil Action No. 18-11394-JCB
                                                          )
XCENTRIC VENTURES, LLC,                   )
                                                          )
            Defendant.                              )
_____)

## JUDGMENT

August 15, 2019

Boal, M.J.

        In accordance with this Court's order dated August 15, 2019 granting defendant's motion

to dismiss, this Court hereby enters judgment in favor of the defendant.

                                                        /s/ Jennifer C. Boal_____
                                                        JENNIFER C. BOAL
                                                        United States Magistrate Judge